**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Emmanuel UZUEGBUNAM, Defendant–Appellant.**

No. 01–8008.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided March 15, 2002.

Emmanuel Uzuegbunam, Appellant Pro Se. Paul J. McNulty, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

Emmanuel Uzuegbunam appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Uzuegbunam's motion for appointment of counsel, deny a certificate of appealability, and dismiss on the reasoning of the district court. *United States v. Uzuegbunam*, No. CR–96–43 (E.D.Va. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*